## ROGERS *vs.* FELKER.

ILLEGALITY, FROM WALTON. Justice Courts. Judgments. Judge. (Before Judge Hutchins.)

Blandford, J.—Where a justice's court has jurisdiction of the parties and subject matter, the fact that the justice is related to one of the parties within the fourth degree of consanguinity does not render his judgment absolutely void, but only voidable, and it cannot be attacked by affidavit of illegality on that ground. Code, §205; 62 Ga, 39; 16 Eng., L. and Eq., 63; 45 Ala., 496.

(a) Illegality will not lie because the levy is excessive. 57 Ga., 68.
Judgment affirmed.
James F. Rogers; Ray & Walker, far plaintiff in error.
J. H. Felker for defendant.

---

## STEVENS *vs.* MIDDLEBROOKS.

ASSUMPSIT, FROM HANCOCK. New Trial. (Before Judge Lumpkin.)

Blandford, J.—There is some evidence to support the verdict; and where such is the case, the judgment of the court below refusing a new trial on the ground that the verdict is contrary to law and evidence will not be disturbed by this court.

Judgment affirmed.
James Whitehead, by J. H. Lumpkin, for plaintiff in error.
James A. Harley; Jordan & Lewis, for defendant.